IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-144-D

| | | |
|---|---|---|
| LENTON CREDELLE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GOODWILL INDUSTRIES OF EASTERN NORTH CAROLINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On January 2, 2019, the court the court granted Goodwill's motion to dismiss [D.E. 25], and dismissed the amended complaint [D.E. 21] without prejudice. The court also granted Brown's motion to file an amended complaint [D.E. 24] and stated that Brown may file an amended complaint no later than January 23, 2019. See [D.E. 38]. Brown did not respond to the court's January 2, 2019 order or file an amended complaint. Accordingly, in light of plaintiff's failure to file an amended complaint by January 23, 2019, the action is DISMISSED. The clerk shall close the case.

SO ORDERED. This __1__ day of February 2019.

JAMES C. DEVER III
United States District Judge