UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LENTON CREDELLE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 4:17-cv-144-D** |
| ) | |
| GOODWILL INDUSTRIES OF EASTERN ) | |
| NORTH CAROLINA, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in light of plaintiffs failure to file an amended complaint by January 23, 2019, the action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 1, 2019, and Copies To:**

| | |
|---|---|
| Lenton Credelle Brown | (Sent to PO Box 248 Winterville, NC 28590 via US Mail) |
| Michael Douglas McKnight | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
February 1, 2019  (By) /s/ Nicole Sellers
 Deputy Clerk